JULIA KNAPIK, an Infant, by JOSEPH KNAPIK, Her Guardian ad Litem, Respondent, against CHARLES H. QUINLAN, Appellant.— Judgment and order affirmed, with costs. All concur, except McCann, J., dissenting on the ground that plaintiff was guilty of contributory negligence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, against THOMAS DOLINSKY, Appellant.— Judgment of conviction, and order denying motion for new trial, unanimously affirmed.

ANNA ROMANOWITZ, as Administratrix, etc., of THOMAS ROMANOWITZ, Deceased Respondent v. JOHN LIEPEN, Appellant. ANNA ROMANOWITZ, as Administratrix, etc., of HELEN ROMANOWITZ, Deceased, Respondent, v. JOHN LIEPEN, Appellant. TONY ADAMOWITZ, Respondent, v. JOHN LIEPEN, Appellant.— Judgments and orders unanimously affirmed, with costs.

In the Matter of the Transfer Tax upon the Estate of JOHN S. LAWRENCE, Deceased. MARY L. LOOMIS, Executrix, Appellant; STATE TAX COMMISSION, Respondent.— Order unanimously affirmed, with costs, on the authority of *Blood* v. *Kane* (130 N. Y. 514).

In the Matter of the Claim of CHARLES YACKNOWITZ, Respondent, against YELLOW TAXI CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

SUSAN ULSHOEFER, Respondent, v. FRANK SHEEHAN, Appellant.— Judgment and order unanimously affirmed, with costs.

MORTIMER F. CORWIN, Appellant, v. B. FRANK METCALF, JR., as Receiver of ANDRUS-FROST-PARKHURST, INC., Defendant, Impleaded with CHILTON V. PARKHURST and Another, Respondents.— Order and judgment unanimously affirmed, with costs.

GERTRUDE A. WILLIAMS, as Administratrix, etc., of CHARLES LEWIS WILLIAMS, Deceased, Respondent, v. JAMES J. FEENEY, Appellant.— Judgment and order unanimously affirmed, with costs.

GARRY J. HEARN, Appellant, v. JAMES A. LEARY, Respondent, and Another, Defendant.— Judgment modified by deducting therefrom $288.84 and as so modified affirmed, without costs. All concur.

CLAUDE T. HOLLENBACK, Appellant, v. THE ÆTNA CASUALTY AND SURETY COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Order unanimously affirmed, without costs.